1  Ehsun Forghany (SBN 302984)
   **ARENTFOX SCHIFF LLP**
2  44 Montgomery Street, 38th Floor
   San Francisco, CA 94104
3  Phone: 415-757-5500
   Email: ehsun.forghany@afslaw.com
4
   Matthew F. Prewitt
5  Michael K. Molzberger
   Bella Seeberg
6  (*pro hac vice* motions forthcoming)
   **ARENTFOX SCHIFF LLP**
7  233 S. Wacker Dr., Suite 7100
   Chicago, IL 60606
8  Phone: 312-258-5500
   Email: matthew.prewitt@afslaw.com
9          michael.molzberger@afslaw.com
           bella.seeberg@afslaw.com
10
   *Counsel to Energy Feeds International,*
11 *LLC*

12
                **UNITED STATES DISTRICT COURT**
13
                **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | ENERGY FEEDS INTERNATIONAL, LLC, | Case No. 3:25-cv-06566 |

16 |             Plaintiff,            | **PLAINTIFF'S NOTICE OF DISMISSAL** |

17 |             v.                    |

18 | VITO LIPIDS SDN. BHD.,            |

19 |             Defendant.            |

- 2 -

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the parties' written mutual release agreement, Plaintiff Energy Feeds International, LLC hereby dismisses this action with prejudice and without award of costs to any party.

Dated: October 1, 2025                    **ARENTFOX SCHIFF LLP**

By: */s/ Ehsun Forghany*
Ehsun Forghany (SBN 302984)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Phone: 415-757-5500
Email: ehsun.forghany@afslaw.com

Matthew F. Prewitt
Michael K. Molzberger
Bella Seeberg
(*pro hac vice* motions forthcoming)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: 312-258-5500
Email: matthew.prewitt@afslaw.com
         michael.molzberger@afslaw.com
         bella.seeberg@afslaw.com

*Counsel to Energy Feeds International, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing response, was filed with the Court using the Court's ECF system.

Dated: October 1, 2025                              **ARENTFOX SCHIFF LLP**

By: */s/ Ehsun Forghany*
Ehsun Forghany (SBN 302984)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Phone: 415-757-5500
Email: ehsun.forghany@afslaw.com

Matthew F. Prewitt
Michael K. Molzberger
Bella Seeberg
(*pro hac vice* motions forthcoming)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: 312-258-5500
Email: matthew.prewitt@afslaw.com
           michael.molzberger@afslaw.com
           bella.seeberg@afslaw.com

*Counsel to Energy Feeds International, LLC*